The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HTC AMERICA, INC., a Washington corporation, HTC CORPORATION, a Taiwanese corporation, and EXEDEA INC., a Texas corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>SOFTVIEW LLC, a Washington limited liability company,<br><br>                Defendant. | No. 2:11-cv-908<br><br>SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF<br><br>**JURY TRIAL DEMANDED** |

Defendant and Counterclaimant SoftView LLC ("SoftView"), by and through its undersigned counsel, answers the Complaint for Declaratory Relief filed by Plaintiffs and Counterdefendants HTC America, Inc., HTC Corporation, and Exedea, Inc. (collectively, "HTC") and asserts counterclaims as follows:

**THE PARTIES**

1.      On information and belief, SoftView admits that HTC America, Inc. is a wholly-own subsidiary of HTC Corporation with its principal place of business at 13920 S.E. Eastgate Way, Suite 400, Bellevue, Washington 98005. SoftView is without knowledge or information

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 1
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 1 of the Complaint, and therefore denies these allegations.

2. On information and belief, SoftView admits the allegations in paragraph 2.

3. On information and belief, SoftView admits the allegations in paragraph 3.

4. SoftView admits the allegations in paragraph 4.

**NATURE OF THE ACTION**

5. SoftView admits that HTC purports to assert a declaratory judgment action against SoftView seeking a determination that HTC does not infringe any claim of U.S. Patent Nos. 7,461,353 (the "'353 patent") or 7,831,926 (the "'926 patent") under 35 U.S.C. § 271, and a determination that these patents are invalid under 35 U.S.C. §§ 102, 103, and 112.  To the extent not expressly admitted here, SoftView denies the allegations in paragraph 5 and denies that HTC is entitled to any of the relief that it seeks.

6. SoftView admits the allegations in paragraph 6.

7. SoftView admits the allegations in paragraph 7.

**JURISDICTION AND VENUE**

8. SoftView does not contest personal jurisdiction in this Court for the purposes of this action.

9. SoftView admits the allegations in paragraph 9.

10. In response to the allegations in paragraph 10 and its reference to allegations "as alleged more fully below," SoftView incorporates its responses to allegations below.

11. SoftView admits the allegations in paragraph 11.

12. SoftView admits the allegations in paragraph 12.

**FACTUAL BACKGROUND**

13. In response to the allegations in paragraph 13, SoftView incorporates its responses to paragraphs 1-12 set forth above as if fully set forth herein.

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 2
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

14. SoftView is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14, and therefore denies these allegations.

15. SoftView admits that it is the plaintiff in a patent litigation lawsuit pending in the District of Delaware. SoftView admits that it has petitioned the Delaware court for leave to amend its complaint to add HTC and other parties as new defendants who infringe the '353 and '926 patents. SoftView admits that its motion for leave to amend is still pending. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 15.

16. SoftView is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of the Complaint, and therefore denies these allegations.

17. SoftView admits that its proposed second amended complaint alleges that HTC has infringed and continues to infringe the '353 and '926 patents by making, using, offering to sell or selling devices having the Android Operating System and a web browser, including but not limiting to devices sold under the trade names Aria, Desire, Dream, Eris, EVO, Hero, Incredible, Inspire, G1, G2, Legend, Magic, MyTouch, Nexus, Tattoo, Thunderbolt, Shift, and Wildfire (the "Accused Products"). To the extent not expressly admitted here, SoftView denies the allegations in paragraph 17.

18. SoftView admits the allegations in paragraph 18.

19. On information and belief, SoftView admits the allegations in paragraph 19.

20. SoftView denies the allegations in paragraph 20.

**FIRST CAUSE OF ACTION**

**(DECLARATORY JUDGMENT OF NON-INFRINGEMENT ('353 PATENT))**

21. In response to the allegations in paragraph 21, SoftView incorporates its responses to paragraphs 1-20 set forth above as if fully set forth herein.

22. SoftView denies the allegations in paragraph 22.

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 3
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1. 23. SoftView admits the allegations in paragraph 23.

2. 24. SoftView admits that a valid and justiciable controversy has arisen and exists between HTC and SoftView relating to the infringement of the '353 patent. SoftView admits that HTC purports to desire a judicial determination and declaration of the respective rights and duties of the parties herein. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 24 and denies that HTC is entitled to any of the relief that it seeks.

## SECOND CAUSE OF ACTION

### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT ('926 PATENT))

25. In response to the allegations in paragraph 25, SoftView incorporates its responses to paragraphs 1-24 set forth above as if fully set forth herein.

26. SoftView denies the allegations in paragraph 26.

27. SoftView admits the allegations in paragraph 27.

28 SoftView admits that a valid and justiciable controversy has arisen and exists between HTC and SoftView relating to the infringement of the '926 patent. SoftView admits that HTC purports to desire a judicial determination and declaration of the respective rights and duties of the parties herein. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 28 and denies that HTC is entitled to any of the relief that it seeks.

## THIRD CAUSE OF ACTION

### (DECLARATORY JUDGMENT OF INVALIDITY ('353 PATENT))

29. In response to the allegations in paragraph 29, SoftView incorporates its responses to paragraphs 1-28 set forth above as if fully set forth herein.

30. SoftView admits that HTC purports to believe that the claims of the '353 patent are invalid. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 30.

31. SoftView admits the allegations in paragraph 31.

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 4
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

32. SoftView admits that a valid and justiciable controversy has arisen and exists between HTC and SoftView relating to the validity of the '353 patent. SoftView admits that HTC purports to desire a judicial determination and declaration of the respective rights and duties of the parties herein. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 32 and denies that HTC is entitled to any of the relief that it seeks.

## FOURTH CAUSE OF ACTION

## (DECLARATORY JUDGMENT OF INVALIDITY ('926 PATENT))

33. In response to the allegations in paragraph 33, SoftView incorporates its responses to paragraphs 1-32 set forth above as if fully set forth herein.

34. SoftView admits that HTC purports to believe that the claims of the '926 patent are invalid. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 34.

35. SoftView admits the allegations in paragraph 35.

36. SoftView admits that a valid and justiciable controversy has arisen and exists between HTC and SoftView relating to the validity of the '926 patent. SoftView admits that HTC purports to desire a judicial determination and declaration of the respective rights and duties of the parties herein. To the extent not expressly admitted here, SoftView denies the allegations in paragraph 36 and denies that HTC is entitled to any of the relief that it seeks.

## PRAYER FOR RELIEF

37. In response to HTC's Prayer for Relief, SoftView denies that HTC is entitled to any relief sought in paragraphs 1-6 of the Prayer.

## COUNTERCLAIMS

38. SoftView incorporates its responses to paragraphs 1-37 set forth above as if fully set forth herein.

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 5
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

39. This Court has subject matter jurisdiction over SoftView's Counterclaims pursuant to 28 U.S.C. § 1338. This Court has personal jurisdiction over the HTC entities with respect to SoftView's Counterclaims by virtue, *inter alia*, of HTC having submitted to the jurisdiction of this Court by filing the Complaint.

### INFRINGEMENT OF U.S. PATENT NO. 7,461,353

40. SoftView is informed and believes, and thereon alleges, that HTC, in violation of 35 U.S.C. § 271(a), has been infringing and currently infringes the '353 patent by, among other things, making, using, offering to sell, and selling in this judicial district and elsewhere throughout the United States, without authority or license from SoftView, infringing hardware and software products, including at least devices sold under the trade names Aria, Desire, Dream, Eris, EVO, Hero, Incredible, Inspire, G I, G2, Legend, Magic, MyTouch, Nexus, Tattoo, Thunderbolt, Shift, and Wildfire (collectively, the "Accused Products").

41. SoftView is informed and believes, and thereon alleges, that HTC has contributorily infringed and is currently contributorily infringing the '353 patent in violation of 35 U.S.C. § 271(c), by selling or offering for sale to third parties, in this judicial district and elsewhere throughout the United States, without license or authority from SoftView, components that embody a material part of the inventions described in the '353 patent, are known by HTC to be especially made or especially adapted for use in the infringement of the '353 patent, and are not staple articles or commodities suitable for substantial, non-infringing use, including the Accused Products and their respective components. SoftView is informed and believes, and thereon alleges, that these third parties have infringed and will infringe the '353 patent, in violation of 35 U.S.C. § 271(a), by using infringing software and hardware products, including some or all of the Accused Products and their respective components.

42. SoftView is informed and believes, and thereon alleges, that HTC has actively induced and is currently inducing the infringement of the '353 patent in violation of 35 U.S.C. § 271(b), by knowingly and intentionally encouraging or aiding third parties to use infringing

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO
COMPLAINT FOR DECLARATORY RELIEF - 6
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

1  software and hardware products in this judicial district and elsewhere throughout the United
2  States, without license or authority from SoftView, including at least the Accused Products.
3  SoftView is informed and believes, and thereon alleges, that these third parties have infringed
4  and will infringe the '353 patent in violation of 35 U.S.C. § 271(a) by using infringing software
5  and hardware products, including some or all of the Accused Products.

6  43.  SoftView is informed and believes, and thereon alleges, that HTC's infringement
7  of the '353 patent has been and continues to be willful.

8  44.  Unless enjoined, HTC will continue to infringe the '353 patent.

9  45.  As a direct and proximate result of HTC's conduct, SoftView has suffered and
10  will continue to suffer irreparable injury, for which it has no adequate remedy at law.  SoftView
11  has also been damaged and, until an injunction issues, will continue to be damaged in an amount
12  yet to be determined.

**INFRINGEMENT OF U.S. PATENT NO. 7,831,926**

14  46.  SoftView is informed and believes, and thereon alleges, that HTC, in violation of
15  35 U.S.C. § 271(a), has been infringing and currently infringes the '926 patent by, among other
16  things, making, using, offering to sell, and selling in this judicial district and elsewhere
17  throughout the United States, without authority or license from SoftView, infringing hardware
18  and software products, including at least the Accused Products.

19  47.  SoftView is informed and believes, and thereon alleges, that HTC has
20  contributorily infringed and is currently contributorily infringing the '926 patent in violation of
21  35 U.S.C. § 271(c), by selling or offering for sale to third parties, in this judicial district and
22  elsewhere throughout the United States, without license or authority from SoftView, components
23  that embody a material part of the inventions described in the '926 patent, are known by HTC to
24  be especially made or especially adapted for use in the infringement of the '926 patent, and are
25  not staple articles or commodities suitable for substantial, non-infringing use, including the
26  Accused Products and their respective components. SoftView is informed and believes, and

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO
COMPLAINT FOR DECLARATORY RELIEF - 7
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

thereon alleges, that these third parties have infringed and will infringe the '926 patent, in violation of 35 U.S.C. § 271(a), by using infringing software and hardware products, including some or all of the Accused Products and their respective components.

48. SoftView is informed and believes, and thereon alleges, that HTC has actively induced and is currently inducing the infringement of the '926 patent in violation of 35 U.S.C. § 271(b), by knowingly and intentionally encouraging or aiding third parties to use infringing software and hardware products in this judicial district and elsewhere throughout the United States, without license or authority from SoftView, including at least the Accused Products. SoftView is informed and believes, and thereon alleges, that these third parties have infringed and will infringe the '926 patent in violation of 35 U.S.C. § 271(a) by using infringing software and hardware products, including some or all of the Accused Products.

49. SoftView is informed and believes, and thereon alleges, that HTC's infringement of the '926 patent has been and continues to be willful.

50. Unless enjoined, HTC will continue to infringe the '926 patent.

51. As a direct and proximate result of HTC's conduct, SoftView has suffered and will continue to suffer irreparable injury, for which it has no adequate remedy at law. SoftView has also been damaged and, until an injunction issues, will continue to be damaged in an amount yet to be determined.

**PRAYER FOR RELIEF**

WHEREFORE, SoftView prays that the Court enter a judgment as follows:

A. For a judicial determination that the '353 and '926 patents are valid and enforceable;

B. For a judicial determination that HTC infringes the '353 and '926 patents;

C. For a judicial determination that HTC's infringement of the '353 and '926 patents is willful;

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 8
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

D.  For an order preliminarily and permanently enjoining HTC and its directors, officers, employees, attorneys, agents, and all persons in active concert or participation with any of the foregoing, from further acts of infringement of the '353 and '926 patents;

E.  For damages resulting from HTC's infringement of the '353 and '926 patents and the trebling of such damages because of the willful nature of HTC's infringement;

F.  For an assessment of interest on damages;

G.  For a declaration that this case is exceptional pursuant to 35 U.S.C. § 285 and an award of attorney's fees and other costs in this action; and

H.  For such other and further relief as this Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues.

Respectfully submitted July 25, 2011.

FOSTER PEPPER PLLC

*s/ Tim J. Filer*
Tim J. Filer, WSBA No.16285
1111 Third Avenue, Suite 3400
Seattle, Washington 98101-3299
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mail: filet@foster.com

IRELL & MANELLA LLP

Amir Naini *(admitted Pro Hac Vice)*
Samuel K Lu *(admitted pro hac vice)*
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7080
Facsimile: (310) 556-5376
E-mail: anaini@irell.com
Email: slu@irell.com

Attorneys for Defendant SoftView LLC

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 9
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

**DECLARATION OF SERVICE**

The hereby certify that on July 25, 2011 I electronically filed the attached document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following parties who have appeared in this action as of today's date:

Ryan McBrayer
RMcBrayer@perkinscoie.com

Bradley S. Keller
bkeller@byrneskeller.com

John Arthur Tondini
jtondini@byrneskeller.com,

Leo L. Lam (*pro hac vice*)
llam@kvn.com

Ashok Ramani (*pro hac vice*)
aramani@kvn.com

Asim Bhansali (*pro hac vice*)
abhansali@kvn.com

I also sent a copy of the attached document via U.S. Mail to the following:

NONE REQUIRED

I DECLARE under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED July 25, 2011.

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 10
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FOSTER PEPPER PLLC

/s/ Tim J. Filer
Tim J. Filer, WSBA #16285
Telephone: 206-447-4400
Fax: 206-447-9700
e-mail: FileT@foster.com

Attorneys for Defendant SoftView LLC

SOFTVIEW LLC'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR DECLARATORY RELIEF - 11
Case No. 2:11-cv-908

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700